[No. 10417–9–I.   Division One.   November 22, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT COUCH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–01350–5, Richard M. Ishikawa, J., entered May 15, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Corbett, JJ.

[No. 10019–0–I.   Division One.   November 22, 1982.]

DELBERT L. HAMILTON, ET AL, *Appellants,* v. LAGOON POINT IMPROVEMENT CLUB, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 12560, Richard L. Pitt, J., entered March 6, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Callow and Ringold, JJ.

[No. 4696–6–III.   Division Three.   November 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RORY D. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–8–00214–6, Harry Hazel, J. Pro Tem., entered May 4, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.